# REQUIRED STATEMENT
# TO ACCOMPANY ALL MOTIONS FOR RELIEF FROM STAY

All Cases: Debtor(s) **Amanda Lee** Case No. **20-01588** Chapter **13**
All Cases: Name of Moving Creditor **Ford Motor Credit Company LLC** Date Case Filed **1-20-2020**

Nature of Relief Sought: ☒ Lift Stay   ☐ Annul Stay   ☐ Other (describe) _____

Chapter 13: Date of Confirmation Hearing ____ or Date Plan Confirmed **4-29-2020**

Chapter 7:   ☐ No-Asset Report Filed on ____
             ☐ No-Asset Report not Filed, Date of Creditors Meeting ____

1. Collateral
   a. ☐ Home _____
   b. ☒ Car   Year, Make and Model **2014 Ford Fusion**
   c. ☐ Other _____

2. Balance Owed as of Petition Date $ **15,432.30**
   Total of all other Liens against Collateral $ _____

3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.: ____

4. Estimated Value of Collateral (must be supplied in all cases) $**11,675**

5. Default
   a. ☐ Pre-Petition Default
      Number of months ____   Amount $ ____
   b. Post-Petition Default
      ☐ On direct payments to the moving creditor
         Number of months ____   Amount $ ____
      ☐ On payments to the Standing Chapter 13 Trustee
         Number of months **> 2**   Amount $ **1,000**

6. Other Allegations
   a. ☒ Lack of Adequate Protection § 362 (d)(1)
      i. ☐ No insurance _____
      ii. ☐ Taxes unpaid _____   Amount $ ____
      iii. ☒ Rapidly depreciating asset _____
      iv. ☒ Other (describe) **The default above is before adding attorneys fees & costs.**

   b. ☒ No Equity and not Necessary for an Effective Reorganization § 362 (d)(2)
   c. Other "Cause" § 362 (d)(1)
      i. ☐ Bad Faith ____
      ii. ☐ Multiple filings
      iii. ☒ Other (describe) **Debtor last paid the trustee in October of 2020.**
   d. Debtor's Statement of Intention regarding the Collateral
      i. ☐ Reaffirm   ii. ☐ Redeem   iii. ☐ Surrender   iv. ☐ No Statement of Intention Filed

Date: **January 8, 2021**        /s/ Christopher H. Purcell
(Rev. 6/1/09)                    Counsel for Movant